**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

NEWREZ     LLC     D/B/A     SHELLPOINT
MORTGAGE SERVICING;                                            Case No.: 3:23-cv-00042

          Plaintiff,                                            Action for Debt and Foreclosure
vs.                                                                          of Real Property Mortgage

THERESA PAULITZ DAILEY;

          Defendants.

_____/

**MOTION FOR DEFAULT JUDGMENT**

Plaintiff, through the undersigned counsel, pursuant to Federal Rules of Civil Procedure

55, and all other applicable Local Rules of Civil Procedure and Virgin Islands statutes, hereby

moves for default judgment against Defendant THERESA PAULITZ DAILEY.

In support thereof, Plaintiff relies on the corresponding Memorandum of Law,

Statement of Undisputed Facts, and all Exhibits thereto, which are being filed simultaneously

herewith.

WHEREFORE, Plaintiff respectfully requests the entry of judgment for debt and order of

foreclosure in its favor against all Defendants in this matter in the form of the proposed Judgment

and Order, and for any additional relief the Court deems proper under the circumstances.

///

///

///

///

///

///

Case No:  3:23-cv-00042
Page 2 of 2

Respectfully submitted,

Quintairos, Prieto, Wood & Boyer, P.A.
24b Norre Gade
St. Thomas, VI 00802

*Mailing Address:*
255 South Orange Avenue, Suite 900
Orlando, Florida 32801
Phone: (855) 287-0240
Fax: (855) 287-0211

/s/ Matthew R. Reinhardt
Matthew R. Reinhardt, Esq.
VI Bar No. 1265
Matthew.Reinhardt@qpwblaw.com