## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

NEWREZ LLC D/B/A SHELLPOINT
MORTGAGE SERVICING;             Case No.: 3:23-cv-00042

       Plaintiff,             Action for Debt and Foreclosure
vs.             of Real Property Mortgage

THERESA PAULITZ DAILEY;

       Defendants.
_____/

### RENEWED MOTION FOR DEFAULT JUDGMENT

Plaintiff, through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 55, and all other applicable Local Rules of Civil Procedure and Virgin Islands statutes, and the Court's Order entered on January 23, 2025 [ECF 27], and hereby renews its motion for default judgment against Defendant THERESA PAULITZ DAILEY.

In support thereof, Plaintiff relies on the corresponding Memorandum of Law, Statement of Undisputed Facts, and all Exhibits thereto, which are being filed simultaneously herewith.

WHEREFORE, Plaintiff respectfully requests the entry of judgment for debt and order of foreclosure in its favor against Defendant THERESA PAULITZ DAILEY in this matter in the form of the proposed Judgment and Order, and for any additional relief the Court deems proper under the circumstances.

///

///

///

///

Respectfully submitted,

Quintairos, Prieto, Wood & Boyer, P.A.
24b Norre Gade
St. Thomas, VI 00802

*Mailing Address:*
255 South Orange Avenue, Suite 900
Orlando, Florida 32801
Phone: (855) 287-0240
Fax: (855) 287-0211

/s/ Matthew R. Reinhardt
Matthew R. Reinhardt, Esq.
VI Bar No. 1265
Matthew.Reinhardt@qpwblaw.com